UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. LEINER,<br><br>          Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | Case No. CV 12-6231 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: January 7, 2013

                                           /s/
                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE